UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald Franks,                                                                      Civil 13-2904 MJD/FLN
        Plaintiff,

   v.                                                                                        O R D E R

Carolyn W. Colvin,
*Acting Commissioner of Social Security*,

        Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 20, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 14) is **DENIED**;

2. Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**;

3. The Commissioner's decision is **AFFIRMED** and the case **is DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY


DATED: December 8, 2014                              s/Michael J. Davis
                                                                        MICHAEL J. DAVIS
                                                                        Chief Judge
                                                                        United States Chief District Court Judge